# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Hudye Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:12-cv-161 |
| Roers Development, Inc; et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 26, 2014, Defendant Roers Development, Inc. filed a Notice of Removal. On February 27, 2014, it filed a "Motion for Order Allowing Withdrawing Notice of Removal and Remanding Case to State Court."

The court **GRANTS** Roers Development, Inc.'s motion (Docket No. 7). The above-captioned action shall be remanded to the District Court for the County of Ward, North Central Judicial District, State of North Dakota.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2014.

                                                           */s/ Charles S. Miller, Jr.*
                                                           Charles S. Miller, Jr., Magistrate Judge
                                                           United States District Court